Taft/

**LAW OFFICES**
**TAFT STETTINIUS & HOLLISTER LLP**
2555 EAST CAMELBACK ROAD, SUITE 1050
PHOENIX, AZ 85016
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600

Craig A. Morgan (AZ Bar No. 023373)
cmorgan@taftlaw.com
Jake T. Rapp (AZ Bar No. 036208)
jrapp@taftlaw.com
*Attorneys for Defendant Equifax Information Services, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA (PHOENIX)

| | |
|---|---|
| Luis Santana-Santillan,<br><br>        Plaintiff,<br><br>v.<br><br>Credit Control Services Inc. dba Credit Collection Services, et al.,<br><br>        Defendants. | Case No. 2:25-cv-03873-JJT<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Craig A. Morgan and Jake T. Rapp of Taft Stettinius & Hollister, LLP enters an appearance as counsel of record for Defendant Equifax Information Services, LLC in this action.  It is respectfully requested that copies of all pleadings, notices, and other documents be sent to:

> Craig A. Morgan
> Jake T. Rapp
> Taft Stettinius & Hollister, LLP
> 2555 East Camelback Road, Suite 1050
> Phoenix, Arizona 85016
> cmorgan@TaftLaw.com
> jrapp@TaftLaw.com
> (602) 240-3000

Respectfully submitted this November 13, 2025.

TAFT STETTINIUS & HOLLISTER LLP

By: /s/ *Jake Tyler Rapp*
Craig A. Morgan
Jake Tyler Rapp
2555 E. Camelback Rd, Suite 1050
Phoenix, AZ 85016

## CERTIFICATE OF SERVICE

I hereby certify that on this November 13, 2025 a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

.

                                              */s/ Ella Meshke*
                                                Ella Meshke